In view of our holding, it is unnecessary to consider defendant's final contention that the hearings were not conducted in accordance with due process.

For the reasons stated, the orders of the circuit court of Cook County are reversed and the cause is remanded for a hearing not inconsistent with the holdings of this opinion.

Reversed and remanded.

DEMPSEY and MEJDA, JJ., concur.

WALTER H. SMITH *et al.*, Plaintiffs-Appellees, *v.* NATIONAL DRAG RACING ENTERPRISES, INC., Defendant-Appellant.

(No. 73-181;

Second District—November 27, 1974.

Opinion by Mr. JUSTICE RECHENMACHER.

Jacobs, Williams & Montgomery, of Chicago (Barry L. Kroll and C. Barry Montgomery, of counsel), for appellant.

Reid, Ochsenschlager, Murphy & Hupp, of Aurora, for appellees.

SHIRLEY VOLLENTINE, Plaintiff-Appellant, *v.* D. CHRISTOFF, Defendant-Appellee.

(No. 73-260;

Third District—November 14, 1974.

*Rehearing denied January 7, 1975.*